IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD R. MCATEE,<br><br>Defendant. | 9:23-po-05053-KLD<br>Violations: F5226908; F5226909<br><br>Location Code: M5<br><br>ORDER |

Based upon the motion of the United States pursuant to the agreement between the parties and for good cause appearing,

**IT IS ORDERED** that Defendant shall pay a $200 fine and $40 in surcharges for Violation No. F5226908, using snow removal equipment on a USFS road without authorization, in violation of 36 C.F.R. § 261.54(a).

Defendant shall make payment in full within 30 days to the following address:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278.

The check should be made payable to the U.S. Courts - CVB.  Payment may also be made online at www.cvb.uscourts.gov.

**IT IS FURTHER ORDERED** that Violation No. 5226909, violating a term of a special-use authorization, in violation of 36 C.F.R. 261.10(l) is **DISMISSED**.

**IT IS FURTHER ORDERED** that the bench trial scheduled for February 14, 2024 at 1:30 p.m. at the Russell Smith Courthouse in Missoula, Montana is **VACATED**.

DATED this 9th day of February, 2024.

Kathleen L. DeSoto
United States Magistrate Judge